TAULER SMITH LLP
Robert Tauler (SBN 241964)
626 Wilshire Boulevard, Suite 510
Los Angeles, CA 90017
Telephone: (310) 590-3927
rtauler@taulersmith.com
Counsel for Plaintiff,
NUTRITION DISTRIBUTION LLC

Roy B. Cannon, Esq. (SBN 88899)
LAW OFFICES OF ROY B. CANNON
401 West A Street, Suite 1780
San Diego, CA 92101
Telephone: (619) 231-1750
Facsimile: (619) 231-2704
roybcannon@aol.com
Counsel for Defendant,
ACOLYTE SPORTS NUTRITION LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ACOLYTE SPORTS NUTRITION LLC, a Texas Limited Liability Company; and DOES 1 - 10, inclusive,<br><br>Defendants. | CASE NO. '17CV0841 WQH JMA<br><br>**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT** |

    Plaintiff, NUTRITION DISTRIBUTION LLC, through its undersigned counsel, and defendant, ACOLYTE SPORTS NUTRITION LLC, through its undersigned counsel, stipulate and agree as follows:

    1.    On April 25, 2017, plaintiff filed a Complaint for False Advertising in Violation of the Lanham Act (§ 42(a)(1)(B)) against defendant. (*See* Complaint

1

ECF No. 1.) On May 22, 2017, defendant filed an Answer setting forth affirmative defenses denying the allegations in the Complaint. (*See* Answer to Complaint ECF No. 3.)

    2. Without admitting liability, defendant nonetheless wishes to resolve this matter and hereby consents to entry of judgment in the above-captioned case against it in the form set forth in Exhibit A filed herewith.

    3. The court has subject matter and personal jurisdiction over the defendants.

    4. Entry of this consent judgment will resolve the civil action.

    5. The parties waive the entry of Findings of Fact and Conclusions of Law under Rule 52 and 65 of the Federal Rules of Civil Procedure.

    6. The parties will bear their respective costs, including any attorneys fees or other expenses of this litigation.

    7. The parties respectfully request that the court enter the Proposed Stipulated Order and Final Judgment and terminate this case.

                                         Respectfully submitted,

Date: August 31, 2017        TAULER SMITH LLP

                                         By: /s/ Robert Tauler
                                                  Counsel for Plaintiff

                                        626 Wilshire Boulevard, Suite 510
                                        Los Angeles, CA 90017
                                        Telephone: (310) 590-3927
                                        Email: Rtauler@taulersmith.com

Date: August 31, 2017        /s/ *Roy B. Cannon*
                                         Counsel for Defendant

                                        LAW OFFICES OF ROY B. CANNON
                                        401 West A Street, Suite 1780
                                        San Diego, CA 92101
                                        Telephone: (619) 231-1750
                                        Facsimile: (619) 231-2704
                                        Email: roybcannon@aol.com