# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRITION DISTRIBUTION LLC, an Arizona Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ACOLYTE SPORTS NUTRITION LLC, a Texas Limited Liability Company; and DOES 1 - 10, inclusive,<br><br>Defendants. | CASE NO. '17CV0841 WQH JMA<br><br>**STIPULATED ORDER AND FINAL JUDGMENT** |

Plaintiff, NUTRITION DISTRIBUTION LLC, commenced this action against defendant, ACOLYTE SPORTS NUTRITION LLC, by filing its Complaint for False Advertising in Violation of the Lanham Act § 42(a)(1)(B), on April 25, 2017. Plaintiff and defendant, by their respective attorneys, have consented to the entry of this final judgment without trial or adjudication of any issue of fact or law, and without the final judgment constituting any evidence against or admission by defendant with respect to any such issue. Accordingly, upon consideration of the Joint Motion for Entry of Final Judgment, and before the taking of any testimony and without trial or adjudication of any issue of fact or law, and upon the consent of the parties, it is,

**HEREBY ORDERED THAT ENTRY OF FINAL JUDGMENT IS GRANTED** on the terms set forth herein and this action is **DISMISSED WITH PREJUDICE.**

/ / /

1     **IT IS FURTHER ORDERED** as follows:

2     I.    The court has jurisdiction of the subject matter of this action and of plaintiff and defendant. The complaint states a claim upon which relief can be granted against defendant.

    II.    Judgment is hereby entered in this matter in favor of plaintiff NUTRITION DISTRIBUTION LLC, and against defendant, ACOLYTE SPORTS NUTRITION LLC, in the amount of $15,000.00.

    III.    Each party shall bear its own costs of this action.

**IT IS SO ORDERED**.

DATED: September 7, 2017

                                            *[signature]*
                                            **WILLIAM Q. HAYES**
                                            United States District Judge